| PROB 22 | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | CR-10-015-02-JHP |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | 3:13-00204-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Mallary Renee Waldon | EASTERN DISTRICT OF OKLAHOMA | Muskogee |
| | NAME OF SENTENCING JUDGE | |
| | Honorable James H. Payne | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/20/2013 — TO 02/19/2015 |

| OFFENSE |
|---|
| Bank Robbery |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   EASTERN DISTRICT OF OKLAHOMA

 IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/27/2013
Date

*signature*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   MIDDLE DISTRICT OF TENNESSEE

 IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-10-13
Effective Date

*signature*
United States District Judge