# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Mallory Waldon</u>  Case Number: <u>3:13-00204-1</u>

Name of Sentencing Judicial Officer: <u>Honorable James H. Payne, U.S. District Judge, EDOK</u>

Name of Current Judicial Officer: <u>Honorable Kevin H. Sharpe, U.S. District Judge</u>

Date of Original Sentence: <u>July 16, 2010</u>

Original Offense: <u>18 U.S.C. § 2113(a) & 2 Bank Robbery</u>

Original Sentence: <u>40 months' custody followed by 36 months' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>February 20, 2013</u>

Assistant U.S. Attorney: <u>TBD</u>  Defense Attorney: <u>TBD</u>

---

**THE COURT ORDERS:**

☑ No Action
☐ The Issuance of a Warrant
  ☐ Sealed Pending Warrant Execution
    (cc: U.S. Probation and U.S. Marshal only)
☐ The Issuance of a Summons
☐ Other

Considered this 23rd day of October, 2013,
and made a part of the records in the above case.

_____
Kevin H. Sharpe
U.S. District Judge

I declare under penalty of perjury
that the foregoing is true and correct.
Respectfully submitted,

_____
Kara Sanders
U.S. Probation Officer

Place  Nashville, Tennessee

Date  October 21, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.     Nature of Noncompliance

1. **The defendant shall not purchase, possess, use, distribute, or administer any controlled substance, except as prescribed by a physician.**
   On October 10, 2013, Ms. Waldon admitted to using marijuana and Xanax, a prescription anti-anxiety medication, on or about September 29, 2013. Ms. Waldon does not have a prescription for Xanax. She reports she was depressed and used drugs to address her depression. It should be noted, that Ms. Waldon was ten weeks pregnant at this time.

   On September 30, 2013, she entered the Crisis Stabilization Unit (CSU) at the Mental Health Co-Op. She actively reached out for assistance through her counselor at the Guidance Center, as she was having thoughts of hurting herself and her unborn child. Ms. Waldon was drug tested upon admittance to CSU and the results were positive for marijuana and Xanax.

   Drug testing and mental health treatment have been increased to address Ms. Waldon's treatment needs. She is also aware that if any future drug tests are positive for illegal or un-prescribed drugs, the probation office will request she be detained until her child is born.

**Compliance with Supervision Conditions and Prior Interventions:**
Ms. Waldon began her term of supervised release in February 2013. Shortly after her release she married Derron Porter, another offender on federal supervision. She and Mr. Porter met and began a relationship while at Diersen Charities. The relationship was concealed from the U.S. Probation Office and a report was sent to the Eastern District of Oklahoma regarding the association with a convicted felon. No action was taken.

Ms. Waldon currently resides with Mr. Porter in LaVergne, Tennessee. She was previously employed by Cinram in LaVergne, Tennessee. She left her employment to enroll in school and work part time. Ms. Waldon reports she returned to her employment with Cinram in October 2013.

**U.S. Probation Officer Recommendation:**
It is respectfully recommended that no action be taken at this time and Ms. Waldon be allowed to continue to take advantage of substance abuse and mental health treatment and continue on supervision. However, these violations may be considered in the future, if necessary. Any future violations or positive drug tests will be promptly reported to the Court.

The U.S. Attorney's Office concurs with the probation officer's recommendation.

Approved:

_____
Britton Shelton
Supervisory U.S. Probation Officer